UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarota, LLP
David E. Sklar, Esq. (Attorney ID 065882013)
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Counsel for Debtor

Order Filed on October 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gabriel Enterprises, LLC,

Debtor.

Case No.: _____16-11759_____

Hearing Date: _____9/19/17 @ 2pm_____

Judge: _____VFP_____

Chapter: _____11_____

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 2, 2017**

_____
**H**onorable Vincent F. Papalia
**United States Bankruptcy Judge**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scura, Wigfield, Heyer Stevens & Cammarota, LLP | $18,208.00 | $133.23 |

*rev.8/1/15*