Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−11759−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gabriel Enterprises, LLC
   40 Floyd Road
   Verona, NJ 07044

Social Security No.:

Employer's Tax I.D. No.:
   80−0601877

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/8/18 at 10:00 AM

to consider and act upon the following:

*1* − Chapter 11 Voluntary Petition Filed by David L. Stevens on behalf of Gabriel Enterprises, LLC. Chapter 11 Debtors Exclusive Right to File a Plan Expires on 05/31/2016. (Stevens, David)


Dated: 1/22/18

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court