UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Fax: 973-696-8571
Counsel for Debtor

**Order Filed on February 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Gabriel Enterprises, LLC,
       Debtor.

Case No.:  16-11759

Chapter:  11

Judge:  VFP

## ORDER AUTHORIZING RETENTION OF

Law Office of Jerome M. Douglas, LLC

The relief set forth on the following page is **ORDERED**.

**DATED: February 28, 2018**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain  Law Office of Jerome M. Douglas, LLC

as  Debtor's Real Estate Counsel , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:  1600 Route 208 North

    P.O. Box 670

    Hawthorne, NJ 07507

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*