UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer, Stevens & Cammarota, LLP
David E. Sklar, Esq. (Attorney ID 065882013)
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Counsel for Debtor

Order Filed on February 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gabriel Enterprises, LLC,

                            Debtor.

Case No.:     16-11759

Hearing Date:   02/21/18 @ 2:00 PM

Judge:     VFP

Chapter:     11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 28, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scura, Wigfield, Heyer, Stevens & Cammarota, LLP | $12,716.25 | $65.16 |

*rev.8/1/15*