UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Fran B. Steele, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail: Fran.B.Steele@usdoj.gov

Order Filed on March 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gabriel Enterprises, LLC,

Debtor.

Case No.: 16-11759 (VFP)

Chapter 11

Hearing Date: March 20, 2018 at 10:00 a.m.

Judge: The Honorable Vincent F. Papalia

**ORDER REQUIRING DEBTOR TO FILE A MOTION TO SELL AND A PLAN OF REORGANIZATION**

The relief set forth on the following page(s), numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: March 23, 2018**
......

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**

Gabriel Enterprises, LLC

Chapter 11 Case No.: 16-11759 (VFP)

**Order Requiring Debtor to file A Motion to Sell and Plan of Reorganization**

---

The parties having appeared at the status conference in this matter and the Court having found cause for the entry of the within order, it is hereby:

**ORDERED** that the Debtor shall file a Motion to Sell on or before May 7, 2018 and it is further;

**ORDERED** that the Debtor shall file a Plan of Reorganization by May 7, 2018 and it is further;

**ORDERED** that in the event the Motion to Sell and the Plan of Reorganization are not filed, the Debtor will advise the Court at the status conference on May 8, 2018 its intention to either convert or dismiss this case.