UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Fran B. Steele, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail: Fran.B.Steele@usdoj.gov

**Order Filed on March 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Gabriel Enterprises, LLC,

Debtor.

Case No.: 16-11759 (VFP)

Chapter 11

Hearing Date: March 20, 2018 at 10:00 a.m.

Judge: The Honorable Vincent F. Papalia

**ORDER REQUIRING DEBTOR TO FILE A MOTION TO SELL AND A PLAN OF REORGANIZATION**

The relief set forth on the following page(s), numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: March 23, 2018**
……

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**

Gabriel Enterprises, LLC

Chapter 11 Case No.: 16-11759 (VFP)

**Order Requiring Debtor to file A Motion to Sell and Plan of Reorganization**

_____

The parties having appeared at the status conference in this matter and the Court having found cause for the entry of the within order, it is hereby:

**ORDERED** that the Debtor shall file a Motion to Sell on or before May 7, 2018 and it is further;

**ORDERED** that the Debtor shall file a Plan of Reorganization by May 7, 2018 and it is further;

**ORDERED** that in the event the Motion to Sell and the Plan of Reorganization are not filed, the Debtor will advise the Court at the status conference on May 8, 2018 its intention to either convert or dismiss this case.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-11759-VFP
Gabriel Enterprises, LLC                                                            Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1              Date Rcvd: Mar 23, 2018
                              Form ID: pdf903            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.
db             +Gabriel Enterprises, LLC,    40 Floyd Road,    Verona, NJ 07044-2522
aty            +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,
                 Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:
      Adam S. Kessler    on behalf of Creditor William A Truppi akessler@kesslerlaw.com
      Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee,
                 successor in interest to Bank of America, National Association, as Trustee, successor by merger
                 to LaSalle Bank National Association, as Trustee for Merrill cwohlrab@logs.com,
                 njbankruptcynotifications@logs.com
      David E. Sklar    on behalf of Debtor    Gabriel Enterprises, LLC dsklar@scuramealey.com,
                 ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
      David E. Sklar    on behalf of Plaintiff    Gabriel Enterprises, LLC dsklar@scuramealey.com,
                 ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
      David L. Stevens    on behalf of Plaintiff    Gabriel Enterprises, LLC dstevens@scuramealey.com,
                 cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
                 y.com;dmedina@scura.com
      David L. Stevens    on behalf of Debtor    Gabriel Enterprises, LLC dstevens@scuramealey.com,
                 cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
                 y.com;dmedina@scura.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
                 in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
                 Bank National Association, as Trustee for Merrill dcarlon@kmllawgroup.com,
                 bkgroup@kmllawgroup.com
      Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
      Jill Manzo    on behalf of Creditor    E-Z CASHING, LLC., bankruptcy@feinsuch.com
      Mark E. Hall    on behalf of Mediator Mark  Hall mhall@foxrothschild.com, cbrown@foxrothschild.com
      R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
      Stephen B. McNally    on behalf of Defendant William A Truppi steve@mcnallylawllc.com,
                 jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
      Stephen B. McNally    on behalf of Creditor William A Truppi steve@mcnallylawllc.com,
                 jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
      Suzanne M. Klar    on behalf of Defendant    PSE&G suzanne.klar@pseg.com, helen.strakele@pseg.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                      TOTAL: 15