Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−11759−VFP
        Chapter: 11
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gabriel Enterprises, LLC
    40 Floyd Road
    Verona, NJ 07044

Social Security No.:

Employer's Tax I.D. No.:
    80−0601877

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by U.S. Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☑    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Vincent F. Papalia on,

Date: 6/26/18
Time: 10:00 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: May 22, 2018
JAN:

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-11759-VFP
Gabriel Enterprises, LLC                                                        Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                Page 1 of 2                Date Rcvd: May 22, 2018
                               Form ID: 170               Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
```
db          +Gabriel Enterprises, LLC,    40 Floyd Road,    Verona, NJ 07044-2522
aty         +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,
              Wayne, NJ 07474-2031
cr          +IRS,   51 Haddonfield Rd,    Suite 300,    Cherry Hill, NJ 08002-4805
cr          +William A Truppi,    Kessler Law, LLC,    354 Eisenhower Parkway,    Plaza I,    Suite 2250,
              Livingston, NJ 07039-1056
515974790   +Adeline Jean Baptiste,    108 Park St./ 163 Elm - Apt. 4,    Orange, NJ 07050-3722
515974791    Adorable Nwador,    108 Park St./ 163 Elm St.,    Attn: Boutique,    Orange, NJ 07050
516314035   +Bayview Loan Servicing, LLC,    4225 Ponce De Leon Blvd, Cash Dept,
              Coral Gables, FL 33146-1826
515974793    Bijonte Augusto,    122-124 Park St. - Apt. 2FL-RT,    Orange, NJ 07050
515974794   +City of Orange,    Office of the Tax Collector,    29 North Day Street,    Orange, NJ 07050-3608
516002389   +Cooper Real Estate Management, LLC,    Attn: Eugene Cooper,    337 Bloomfield Ave.,
              Newark, NJ 07107-2405
515974795   +D&G Deli - Store #1,    108 Park St.,    Orange, NJ 07050-3722
515974796   +D&G Deli - Store #2,    108 Park St. - Store #2,    Orange, NJ 07050-3722
515974797    David Alicuis,    122-124 Park St. - Apt. 1FL-RT,    Orange, NJ 07050
515974798   +George Management Service, LLC,    108 Park St.,    Orange, NJ 07050-3722
515974799   +Herns Gabriel,    40 Floyd Rd.,    Verona, NJ 07044-2522
515974801   +Jeanette F. Frankenberg,    Stern Lavinthal & Frankenberg,    105 Eisenhower Parkway - Ste. 302,
              Roseland, NJ 07068-1640
515974802   +John Smith,    122-124 Park St.,    Orange, NJ 07050-3722
517025349   +Jorge Mejia,    c/o Paul Satn'Ambrogio, Esq.,    574 Bloomfield Avenue,
              Bloomfield, NJ 07003-3302
515974803   +Jose Garcia,    108 Park St. - 2nd Fl.,    Orange, NJ 07050-3722
515974804    Joycelin Boutecks,    108 Park St./163 Elm St. - Apt. 5,    Orange, NJ 07050
515974807   +KML Law Group, P.C.,    701 Market St. #5000,    Philadelphia, PA 19106-1541
515974805   +Katherine Rosiro,    108 Park St. - Apt. 1,    Orange, NJ 07050-3722
515974806   +Kessler Law, LLC,    c/o Adam Kessler, Esq.,    354 Eisenhower Parkway,
              Livingston, NJ 07039-1056
516002388   +Maha Kapageridis,    9 Adams Place,    Glen Ridge, NJ 07028-2018
515974808    Manoucheka Milord,    122-124 Park St., Apt. 1FL-LT,    Orange, NJ 07050
515974809   +Michelle Crawford,    108 Park St., - Apt. 6,    Orange, NJ 07050-3722
515974810    Michelle Martin,    122-124 Park St. - Apt. 2FL-LT,    Orange, NJ 07050
515974811  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   NationStar Mortgage, LLC,    350 Highland Drive,
              Lewisville, TX 75067)
515974812   +New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Justice Complex,
              25 Market St., PO Box 112,    Trenton, NJ 08625-0112
515974814   +Nicholas V. Rogers,    Fein, Such, Kahn & Shepard PC,    7 Centry Drive, Ste., 201,
              Parsippany, NJ 07054-4673
515974813  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:   New Jersey Division of Taxation,
              Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
              Trenton, NJ 08695)
515974816    Sheila Nicholas,    108 Park St./163 Elm St. - Apt. 3,    Orange, NJ 07050
516161636    TOYOTA MOTOR CREDIT CORPORATION,    C/O BECKET AND LEE LLP,    PO BOX 3001,
              MALVERN, PA 19355-0701
515974817   +Township of Verona,    Office of the Tax Collector,    600 Bloomfield Ave.,
              Verona, NJ 07044-1822
515974819   +US Bank Assn, NA,    100 Wall St. #1600,    New York, NY 10005-3716
515974820   +William A. Truppi,    One Powderhorn Road,    Flemington, NJ 08822-7192
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: cio.bncmail@irs.gov May 22 2018 23:04:08     Dist Dir of IRS,
              Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 22 2018 23:04:39     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 22 2018 23:04:36     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
515974792   +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 22 2018 23:05:01
              Bayview Financial Loan,    Attn: Bankruptcy Dept.,    4425 Ponce De Leon - Blvd. 5th,
              Miami, FL 33146-1873
515974815   +E-mail/Text: bankruptcy@pseg.com May 22 2018 23:03:49     PSE&G,    P.O. Box 490,
              Cranford, NJ 07016-0490
515974818   +E-mail/Text: tburke@tcmfund.com May 22 2018 23:04:44     US Bank as Cust for Tower DBW,
              50 S. 16th Street - Ste. 1,    Philadelphia, PA 19102-2516
                                                                                              TOTAL: 6
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: May 22, 2018
                              Form ID: 170             Total Noticed: 42

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515974800*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517435072*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                  Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
          Adam S. Kessler    on behalf of Creditor William A Truppi akessler@kesslerlaw.com
          Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee,
           successor in interest to Bank of America, National Association, as Trustee, successor by merger
           to LaSalle Bank National Association, as Trustee for Merrill cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          David E. Sklar    on behalf of Debtor    Gabriel Enterprises, LLC dsklar@scuramealey.com,
           ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
          David E. Sklar    on behalf of Plaintiff    Gabriel Enterprises, LLC dsklar@scuramealey.com,
           ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
          David L. Stevens    on behalf of Plaintiff    Gabriel Enterprises, LLC dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com;dmedina@scura.com
          David L. Stevens    on behalf of Debtor    Gabriel Enterprises, LLC dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com;dmedina@scura.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
           in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
           Bank National Association, as Trustee for Merrill dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
          Jill   Manzo    on behalf of Defendant    E-Z CASHING, LLC., bankruptcy@feinsuch.com
          Jill   Manzo    on behalf of Creditor    E-Z CASHING, LLC., bankruptcy@feinsuch.com
          Mark E. Hall    on behalf of Mediator Mark  Hall mhall@foxrothschild.com,   cbrown@foxrothschild.com
          R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
          Stephen B. McNally    on behalf of Creditor William A Truppi steve@mcnallylawllc.com,
           jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          Stephen B. McNally    on behalf of Defendant William A Truppi steve@mcnallylawllc.com,
           jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          Suzanne M. Klar    on behalf of Defendant    PSE&G suzanne.klar@pseg.com,   helen.strakele@pseg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 16
```