| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Fran B. Steele, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>E-mail: Fran.B.Steele@usdoj.gov | **Order Filed on June 26, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Gabriel Enterprises, LLC,<br><br>Debtor. | Case No.: 16-11759 (VFP)<br><br>Chapter 11<br><br>Hearing Date: June 26, 2018 at 10:00 a.m.<br><br>Judge: The Honorable Vincent F. Papalia |

**ORDER DISMISSING CASE**

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: June 26, 2018**
......

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

Gabriel Enterprises, LLC

Chapter 11 Case No.: 16-11759 (VFP)

**Order Dismissing Case**

_____

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case, and notice of the motion having been given to the debtor and its counsel, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned case, Gabriel Enterprises, LLC, Case No. 16-11759 (VFP) is dismissed and it is further

**ORDERED** that no later than 30 (thirty) days from the entry of this order, the Debtor shall file all outstanding monthly operating reports and pay any and all statutory fees due pursuant to 28 U.S.C. § 1930(a)(6),

United States Bankruptcy Court
District of New Jersey

In re:  
Gabriel Enterprises, LLC  
    Debtor

Case No. 16-11759-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                    Page 1 of 1                    Date Rcvd: Jun 27, 2018
                          Form ID: pdf903              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.
db             +Gabriel Enterprises, LLC,    40 Floyd Road,    Verona, NJ 07044-2522
aty            +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,
                 Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                                Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2018 at the address(es) listed below:
         Adam S. Kessler    on behalf of Creditor William A Truppi akessler@kesslerlaw.com
         Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee,
                successor in interest to Bank of America, National Association, as Trustee, successor by merger
                to LaSalle Bank National Association, as Trustee for Merrill cwohlrab@logs.com,
                njbankruptcynotifications@logs.com
         David E. Sklar    on behalf of Plaintiff    Gabriel Enterprises, LLC dsklar@scuramealey.com,
                ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com
         David E. Sklar    on behalf of Debtor    Gabriel Enterprises, LLC dsklar@scuramealey.com,
                ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com
         David L. Stevens    on behalf of Plaintiff    Gabriel Enterprises, LLC dstevens@scuramealey.com,
                ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
                ey.com
         David L. Stevens    on behalf of Debtor    Gabriel Enterprises, LLC dstevens@scuramealey.com,
                ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
                ey.com
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
                in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
                Bank National Association, as Trustee for Merrill dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com
         Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
         Jill  Manzo    on behalf of Defendant    E-Z CASHING, LLC., bankruptcy@feinsuch.com
         Jill  Manzo    on behalf of Creditor    E-Z CASHING, LLC., bankruptcy@feinsuch.com
         Mark E. Hall    on behalf of Mediator Mark  Hall mhall@foxrothschild.com, cbrown@foxrothschild.com
         R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
         Stephen B. McNally    on behalf of Defendant William A Truppi steve@mcnallylawllc.com,
                jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
         Stephen B. McNally    on behalf of Creditor William A Truppi steve@mcnallylawllc.com,
                jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
         Suzanne M. Klar    on behalf of Defendant    PSE&G suzanne.klar@pseg.com, helen.strakele@pseg.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 16